JENNIFER M. FLORES, SBN 271493
County Counsel for the County of Tulare
AMY I. TERRIBLE, SBN 269475
Chief Deputy County Counsel
JOSEPH R. BEERY, SBN 285777
Deputy County Counsel
2900 West Burrel,
Visalia, California 93291
Phone: (559) 636-4950
Fax: (559) 615-3037
E-mail: JBeery@tularecounty.ca.gov

Attorneys for COUNTY OF TULARE

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

JOHN JM DOE,
Plaintiff,

v.

TULARE COUNTY, a government entity; and DOES 1 to 500, inclusive

Defendants.

**Case No.** 1:26-cv-08088-KES-EGC

ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO TULARE COUNTY SUPERIOR COURT

This matter has come before the Court on the parties' Stipulation for Remand to State Court based upon Plaintiff's dismissal of all federal causes of action. Having considered the parties' stipulation, and good cause appearing therefor, the Court hereby orders as follows:

The above-captioned matter is hereby remanded to the Superior Court of California, County of Tulare. Defendant's response to the First Amended Complaint shall be due thirty (30) days from the date of this Order.

The Clerk of the Court is directed to terminate any pending motions and close this case.

///

///

The Clerk of the Court shall serve a copy of this order on the Clerk of the Superior Court of California, County of Tulare.

IT IS SO ORDERED.

Dated: October 30, 2026

UNITED STATES DISTRICT JUDGE

County Counsel
Tulare County
Visalia, California